MOED-0001            DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EXPRESS SCRIPTS, INC. | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:24-cv-1263 |
| | ) |
| THE FEDERAL TRADE COMMISSION and LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission | ) ) ) |
| Defendant(s). | ) |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Express Scripts, Inc hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):
   Not publicly traded.

b. Its parent companies or corporations (if none, state "none"):
   Evernorth Health, Inc. is a wholly owned subsidiary of The Cigna Group. The Cigna Group is a publicly held company that indirectly owns more than ten percent (10%) of Express Scripts, Inc.'s and Evernorth Health, Inc.'s stock.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):
   None

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):
   The Cigna Group has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:
   Express Scripts, Inc. is a Delaware corporation headquartered in Missouri. Evernorth Health, Inc. is a Delaware corporation headquartered in Missouri. The Cigna Group is a Delaware corporation headquartered in Connecticut.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

MOED-0001            DISCLOSURE STATEMENT

     By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

     /s/ Christopher A. Smith
Signature (Counsel for Plaintiff/Defendant)
Print Name: Christopher A. Smith
Address: 8001 Forsyth Blvd, Ste 1500
City/State/Zip: St. Louis, MO 63105
Phone: 314-480-1500

Certificate of Service

     I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on: September 17, 20 24.

/s/ Christopher A. Smith
Signature