IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EXPRESS SCRIPTS, INC.,<br><br>     *Plaintiff*,<br><br> v.<br><br>THE FEDERAL TRADE COMMISSION, and LINA M. KHAN, in her official capacity as Chair of the Federal Trade Commission,<br><br>     *Defendants*. | Case No. 4:24-cv-1263-JSD |

## NOTICE OF APPEARANCE

Please take notice that Alexander W. Resar of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel for all Defendants in the above-captioned matter.

Dated: December 2, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Alexander W. Resar*
ALEXANDER W. RESAR (N.Y. Bar 5636337)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L ST. N.W.
Washington, DC 20005
Tel: (202) 616-8188
alexander.w.resar@usdoj.gov

*Counsel for Defendants*