**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| EXPRESS SCRIPTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL TRADE COMMISSION,<br><br>- and -<br><br>ANDREW N. FERGUSON,<br>in his official capacity as Chair<br>of the Federal Trade Commission,<br><br>Defendants. | Case No. 4:24-cv-1263-SRC |

**<u>JOINT STATUS REPORT</u>**

On July 14, 2026, the parties filed a joint status report informing the Court that the Eighth Circuit dismissed the appeal in *Express Scripts, Inc. v. FTC*, No. 25-1383 (8th Cir. filed Feb. 24, 2025), and requesting a continuation of the stay in this case pending the Federal Trade Commission (FTC) taking final action regarding a Consent Agreement with Express Scripts Inc. (and affiliated entities) that resolved an adjudication relating to insulin drug pricing. ECF No. 28. Under the terms of that Consent Agreement, Express Scripts Inc., will voluntarily dismiss this Action within seven days of the issuance of a final Decision and Order by the FTC. On July 22, 2026, the Court extended the stay in this case until September 18, 2026, and ordered the parties to file a joint status report by August 21, 2026.

The parties now state that, as of the time of this filing, the Commission has not yet taken final action with regard to the Consent Agreement, and the parties therefore respectfully request that Court continue the stay until any final decision by the Commission or through such other date as the Court deems appropriate. The parties will expeditiously address any final decision by the

Commission and its impact on this Action. The parties again stand ready to provide any additional information that the Court may require.

Dated: August 19, 2026

Respectfully Submitted,

By: /s/ *Christopher A. Smith*

Sarah C. Hellmann, #50373MO
Christopher A. Smith, #53266MO
HUSCH BLACKWELL LLP
8001 Forsyth Ave., Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
sarah.hellmann@huschblackwell.com
chris.smith@huschblackwell.com

Jennifer Milici (*pro hac vice*)
Perry A. Lange (*pro hac vice*)
Sabrina Minhas (*pro hac vice*)
WILMER CULTER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
jennifer.milici@wilmerhale.com
perry.lange@wilmerhale.com
sabrina.minhas@wilmerhale.com

Charles F. Rule (*pro hac vice*)
Daniel J. Howley (*pro hac vice*)
Derek W. Moore (*pro hac vice*)
RULE GARZA HOWLEY LLP
901 Seventh Street, NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 843-9280
rule@rulegarza.com
howley@rulegarza.com
moore@rulegarza.com

*Attorneys for Plaintiff Express Scripts, Inc.*

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

Jacob S. Siler (D.C. Bar No. 1003383)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Program Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 353-4556
jacob.s.siler@usdoj.gov

*Attorney for Defendants*